UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CARLA M. MCAFEE**, <br><br> Plaintiff, <br><br> vs. <br><br> **HURON CLINTON METROPOLITAN AUTHORITY**, <br><br> Defendant. | **2:19-CV-12956-TGB-DRG** <br><br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan: October 27, 2022.

                                             KINIKIA ESSEX
                                             CLERK OF THE COURT

                                             s/A. Chubb
                                             Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE